It is so ordered.  This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
12/03/2020

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADVANCED DERMATOLOGY | ) | CASE NO.: 5:20-CV-1377 |
| | ) | |
| Plaintiff, | ) | JUDGE: John R. Adams |
| | ) | |
| vs. | ) | |
| | ) | |
| CORE BUSINESS SOLUTIONS, LLC, et al. | ) | |
| | ) | **NOTICE OF DISMISSAL PURSUANT TO** |
| Defendants. | ) | **FRCP 41(a)(1)(A)(ii)** |
| | ) | |

NOW COMES Plaintiff, and duly advises the Court that this matter has settled. Accordingly, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Advanced Dermatology, dismisses this action ***with prejudice***.

Respectfully submitted,

*/s/Ronald I. Frederick*
Ronald I. Frederick (#0063609)
Michael L. Berler (#0085728)
Michael L. Fine (#0077131)
Frederick & Berler LLC
767 East 185th Street
Cleveland, Ohio 44119
(216) 502-1055 (phone)
(216) 566-9400(fax)
ronf@clevelandconsumerlaw.com
mikeb@clevelandconsumerlaw.com
michaelf@clevelandconsumerlaw.com
*Attorneys for Plaintiff*

1